# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Cynthia Bodnar                                     CHAPTER 13

                    Debtor(s)                             BKY. NO. 20-20544 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Quicken Loans Inc and index same on the master mailing list.

                                                Respectfully submitted,

                                                **/s/James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                Attorney I.D. No. 42524
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                412-430-3594
                                                jwarmbrodt@kmllawgroup.com