**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20544−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Cynthia Bodnar
   107 Canyon Court
   Latrobe, PA 15650

Social Security No.:
   xxx−xx−7097

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Corey J. Sacca<br>Bononi & Company<br>20 North Pennsylvania Ave.<br>Greensburg, PA 15601<br>Telephone number: 724−832−2499 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 1, 2020<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 1, 2020<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Gregory L. Taddonio
Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                          Case No. 20-20544-GLT
Cynthia Bodnar                                                  Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2        User: culy              Page 1 of 2             Date Rcvd: Mar 25, 2020
                            Form ID: rscCOVID       Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             +Cynthia Bodnar,   107 Canyon Court,   Latrobe, PA 15650-2505
15200382       +AES/PHEAA,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
15200387       +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
                Mason, OH 45040-8999
15200389       +Kenneth Bodnar,   107 Canyon Court,   Latrobe, PA 15650-2505
15200394       +Southern Ca,   2420 Professional Drive,   Rocky Mount, NC 27804-2253
15200395       +Wells Fargo Bank,   Mac F823f-02f,   Po Box 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:37      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:10
                 Americredit Financial Services, Inc. Dba GM Financ,   P.O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 26 2020 04:47:49
                 Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 26 2020 04:48:00
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15205578        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:10
                 Americredit Financial Services, Inc.,   Dba GM Financial,   P.O Box 183853,
                 Arlington, TX 76096
15200383       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 26 2020 04:52:11
                 AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
15200384       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:49:55      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15200385       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 26 2020 04:47:38      Capital One / Saks F,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15200386       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 26 2020 04:50:29
                 Capital One Auto Finance,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15206148       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 26 2020 04:45:41
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
15200388       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 26 2020 04:56:11      Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,   Po Box 4477,   Beaverton, OR 97076-4401
15200390       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2020 04:48:11
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
15214164        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 26 2020 04:44:57      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
15200391       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 26 2020 04:49:20
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
15221493        E-mail/Text: bnc-quantum@quantum3group.com Mar 26 2020 04:52:50
                 Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
15200393       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 26 2020 04:54:58      Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
15216150       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 26 2020 04:54:58      Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
15200706       +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:45:24      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              Quicken Loans Inc.
15200392      ##+Northern Leasing Systems, Inc,   333 7th Avenue,   3rd Floor,   New York, NY 10001-5125
                                                                                  TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2              User: culy                 Page 2 of 2               Date Rcvd: Mar 25, 2020
                                  Form ID: rscCOVID          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              Corey J. Sacca    on behalf of Debtor Cynthia  Bodnar csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
               3230706420@filings.docketbird.com
              James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor   Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```