# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bk. No. 20-20544-GLT |
| | ) | |
| CYNTHIA BODNAR, | ) | Related to Document No. 6 & 23 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |
| CYNTHIA BODNAR, | ) | **HEARING DATE**: |
| | ) | Thursday, August 27, 2020 |
| | ) | @ 1:30 p.m. |
| Movant | ) | |
| vs. | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | **LOCATION**: |
| Respondent | ) | U.S. Bankruptcy Court |
| | ) | 3251 U.S. Steel Tower |
| and | ) | 600 Grant Street |
| RONDA J. WINNECOUR, | ) | Pittsburgh, PA 15219 |
| Trustee | ) | |

## CONSENT ORDER RESOLVING DEBTOR'S OBJECTION TO CONFIRMATION

IT IS HEREBY CONSENTED by and between Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), through its retained counsel, Laurence A. Mester, Esquire, and Cynthia Bodnar, through her counsel, Corey J. Sacca, Esquire, as follows:

1. The value of the 2018 CHEVROLET TRUCK Equinox Utility 4D LS AWD; VIN: 2GNAXREV7J6156772 ("Vehicle") to be paid through the Plan is $22,399.65.

2. The value of the Vehicle shall be paid through the Plan at 5.75% for sixty (60) months. COAF shall have a total secured claim in that amount.

3. The balance of any claim shall be a general unsecured claim.

4. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid full within this instant Chapter 13 case due to dismissal or conversion, this agreement is not binding upon the parties.

5. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

                                                      Respectfully submitted,

Dated: 6/19/20                               MESTER & SCHWARTZ, P.C.

                                                      /s/ Laurence A. Mester
                                                      Laurence A. Mester, Esquire
                                                      Attorney for COAF
                                                      1917 Brown Street
                                                      Philadelphia, PA 19130
                                                      Telephone (267) 909-9036
                                                      Facsimile (267) 541-2139
                                                      E-Mail:lmester@mesterschwartz.com
                                                      PA Atty I.D. 79184

Dated: 6/19/20                               Bononi & Company

                                                      /s/ Corey J. Sacca
                                                      Corey J. Sacca, Esquire
                                                      20 North Pennsylvania Ave.
                                                      Greensburg, PA 15601
                                                      Telephone: (724) 832-2499
                                                      Facsimile: (724) 836-0370
                                                      Email: csacca@bononilaw.com
                                                      PA Atty I.D. 306741

CHAPTER 13 TRUSTEE'S OFFICE

Dated: 7/31/20              /s/ Owen W. Katz
                            Owen W. Katz, Esq.
                            Attorney for Chapter 13 Trustee
                            Suite 3250, USX Tower
                            600 Grant Street
                            Pittsburgh, PA 15219
                            (412) 471-5566
                            okatz@chapter13trusteewdpa.com
                            PA Atty I.D. 36473


**IT IS SO ORDERED**




_____
HON. GREGORY L. TADDONIO
BANKRUPTCY JUDGE