**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>CYNTHIA BODNAR,<br><br>                    Debtor<br>-------------------------------------------------------<br>CYNTHIA BODNAR,<br><br>                    Movant<br><br>          vs.<br>CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE, N.A.,<br>                    Respondent<br>          and<br>RONDA J. WINNECOUR,<br>          Chapter 13 Trustee. | : : : : : : : : : : : : : : : : : : : : : | Bankruptcy No. 20-20544-GLT<br><br>Chapter 13<br>Related to Document No. 6&23<br>Hearing Date & Time: August 27, 2020<br>                              1:30 p.m. |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING**
**THE OBJECTION TO CONFIRMATION**

The undersigned hereby certifies that agreement has been reached with the Movant(s) regarding the Objection to Confirmation filed on March 5, 2020. (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

✓ No other order has been filed pertaining to the subject matter of this agreement.

✓ The attached document does not require a proposed order.


Dated:   July 31, 2020                    By:  /s/ Laurence A. Mester
                                                Signature

                                                Laurence A. Mester
                                                Typed Name

                                                1917 Brown St., Philadelphia, PA 19130
                                                Address

(267) 909-9036
Phone No.

PA I.D. 79184
List Bar I.D. and State of Admission

**PAWB Local Form 26 (07/13)**