FILED
8/3/20 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Bk. No. 20-20544-GLT |
| | ) | |
| CYNTHIA BODNAR, | ) | Related to Document No. 31 |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| CYNTHIA BODNAR, | ) | **HEARING DATE**: |
| | ) | Thursday, August 27, 2020 |
| | ) | @ 1:30 p.m. |
| Movant | ) | |
| vs. | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | **LOCATION**: |
| Respondent | ) | U.S. Bankruptcy Court |
| | ) | 3251 U.S. Steel Tower |
| and | ) | 600 Grant Street |
| RONDA J. WINNECOUR, | ) | Pittsburgh, PA 15219 |
| Trustee | ) | |

**CONSENT ORDER RESOLVING DEBTOR'S OBJECTION TO CONFIRMATION**

IT IS HEREBY CONSENTED by and between Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), through its retained counsel, Laurence A. Mester, Esquire, and Cynthia Bodnar, through her counsel, Corey J. Sacca, Esquire, as follows:

1. The value of the 2018 CHEVROLET TRUCK Equinox Utility 4D LS AWD; VIN: 2GNAXREV7J6156772 ("Vehicle") to be paid through the Plan is $22,399.65.

2. The value of the Vehicle shall be paid through the Plan at 5.75% for sixty (60) months. COAF shall have a total secured claim in that amount.

3. The balance of any claim shall be a general unsecured claim.

4. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal or conversion, this agreement is not binding upon the parties.

5. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

                                                 Respectfully submitted,

Dated: 6/19/20                      MESTER & SCHWARTZ, P.C.

                                                 /s/ Laurence A. Mester
                                                 Laurence A. Mester, Esquire
                                                 Attorney for COAF
                                                 1917 Brown Street
                                                 Philadelphia, PA 19130
                                                 Telephone (267) 909-9036
                                                 Facsimile (267) 541-2139
                                                 E-Mail:lmester@mesterschwartz.com
                                                 PA Atty I.D. 79184

Dated: 6/19/20                      Bononi & Company

                                                 /s/ Corey J. Sacca
                                                 Corey J. Sacca, Esquire
                                                 20 North Pennsylvania Ave.
                                                 Greensburg, PA 15601
                                                 Telephone: (724) 832-2499
                                                 Facsimile: (724) 836-0370
                                                 Email: csacca@bononilaw.com
                                                 PA Atty I.D. 306741

CHAPTER 13 TRUSTEE'S OFFICE

Dated: 7/31/20

/s/ Owen W. Katz
Owen W. Katz, Esq.
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
PA Atty I.D. 36473

**IT IS SO ORDERED**

Dated: 8/3/20

cm: Debtor

HON. GREGORY L. TADDONIO
BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 20-20544-GLT
Cynthia Bodnar                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: lfin            Page 1 of 1        Date Rcvd: Aug 03, 2020
                            Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2020.
db            +Cynthia Bodnar,    107 Canyon Court,    Latrobe, PA 15650-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2020 at the address(es) listed below:
     Corey J. Sacca    on behalf of Debtor Cynthia  Bodnar csacca@bononilaw.com,
      coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;
      3230706420@filings.docketbird.com
     James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
     Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
      jschwartz@mesterschwartz.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 5