IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  
Cynthia Bodnar  
        Debtor(s)

Bankruptcy No. 20-20544-GLT

Chapter 13

Related to Document No. 37, 39

**CERTIFICATE OF SERVICE OF**
**AMEMDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on September 10, 2020.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

        Technimark  
        Attn: Sarah Pyclak  
        149 Devereux Drive  
        Latrobe, PA 15650.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  September 10, 2020

        */s/ Corey J. Sacca*  
        Corey J. Sacca, Esquire  
        20 N. Pennsylvania Ave, Suite 201  
        Greensburg, PA  15601-2337  
        csacca@bononilaw.com  
        (724) 832-2499  
        PA ID# 306741