FILED
9/10/20 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Cynthia Bodnar,<br>  Debtor(s)<br><br>Cynthia Bodnar<br>  Movant<br>      v.<br>Technimark and Ronda J. Winnecour, Trustee,<br>  Respondent(s)<br><br>D#1 SSN: xxx-xxx-7097 | Bankruptcy No. 20-20544-GLT<br><br>Chapter 13<br><br>Document No. WO-1<br><br>Related Dkt. No.37 |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Debtor, Cynthia Bodnar, having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 plan,

  IT IS, THERFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

    Technimark
    c/o Payroll Coordinator
    Attn: Sarah Pyclak
    149 Devereux Drive
    Latrobe, PA 15650

Shall deduct from said income the sum of $ 380.00  Bi-weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

    RONDA J. WINNECOUR, TRUSTEE
    P.O. BOX 84051
    CHICAGO IL  60689-4002

  IT IS FURTHER ORDERED that the above named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

  IT IS FURTHER ORDERED that all remaining income of the Debtor, except amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

  IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.

IT IS FURTHER ORDERED that the above name entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor shall serve this order and copy of the Notification of Debtor's Social Security Number, Local Form No. 12 that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that the Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __10th__ day of __September__, 2020.

cm: debtor

_____
Hon. Gregory L. Taddonio, hct
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cynthia Bodnar  
       Debtor

Case No. 20-20544-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: culy   Page 1 of 1   Date Rcvd: Sep 10, 2020  
                Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.  
db         +Cynthia Bodnar,   107 Canyon Court,   Latrobe, PA 15650-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:  
           Corey J. Sacca   on behalf of Debtor Cynthia  Bodnar csacca@bononilaw.com,  
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;  
           3230706420@filings.docketbird.com  
           James  Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
           Laurence A. Mester   on behalf of Creditor   Capital One Auto Finance lmester@mesterschwartz.com,  
           jschwartz@mesterschwartz.com  
           Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                       TOTAL: 5