**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CYNTHIA BODNAR<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20544 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/16/2020 and confirmed on 06/04/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,666.97 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,666.97 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,455.40 | |
| Trustee Fee | 831.61 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,287.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 1104 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT<br>Acct: 3456 | 22,399.65 | 4,787.44 | 2,056.62 | 6,844.06 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>Acct: 0158 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 6,844.06 |
| **Priority** | | | | |
| COREY J SACCA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CYNTHIA BODNAR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BONONI & COMPANY<br>Acct: | 4,000.00 | 3,455.40 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 12,193.73 | 2,583.95 | 951.95 | 3,535.90 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0158 | | | | |
| | AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 057O | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 379.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 6089 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 396.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 8022 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 651.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 9470 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 370.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 2767 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,031.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 7341 | | | | |
| | MERRICK BANK | 492.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 2558 | | | | |
| | NORTHERN LEASING SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SOUTHERN CREDIT ADJUSTERS INC | 100.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 0412 | | | | |
| | WELLS FARGO BANK NA | 3,464.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 4557 | | | | |
| | LVNV FUNDING LLC | 124.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 6291 | | | | |
| | TIDEWATER FINANCE COMPANY | 4,464.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 1591 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1892 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KENNETH BODNAR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |

3,535.90

TOTAL PAID TO CREDITORS                                                                10,379.96

TOTAL CLAIMED
PRIORITY            0.00
SECURED        22,399.65
UNSECURED      23,669.45

Date: 05/04/2022                                         /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com